UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL L. FOGLE,                     )
                                      )
            Petitioner,               )
                                      )
      v.                              )   No. 4:06-CV-107-AGF
                                      )
ALAN BLAKE,                           )
                                      )
            Respondent.               )

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice, for failure to exhaust available state remedies.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 21st day of February, 2006.

_____
**UNITED STATES DISTRICT JUDGE**